IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DFW AUTO & SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00572-P |
| | § | |
| ARCH INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant settled at mediation today. They are preparing settlement documents and dismissal papers. The parties expect to file dismissal papers within 30 days.

Respectfully submitted,

**Gordon Rees Scully Mansukhani LLP**

By: */s/ Christopher M. Raney*
    **Laura E. De Santos**
    Texas State Bar No. 00793612
    ldesantos@grsm.com
    Direct: (713) 490-4827
    **Christopher M. Raney**
    State Bar No. 24051228
    Federal Bar No. 609101
    craney@grsm.com
    Direct: (713) 490-4823
    1900 West Loop South, Suite 1000
    Houston, Texas 77027

**Soña J. Garcia**
Texas State Bar No. 24045917
sjgarcia@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: (214) 231-4660
Facsimile: (214) 461-4053

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was served upon all counsel, via electronic filing, on September 28, 2021.

*/s/ Christopher M. Raney*
Christopher M. Raney