UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DFW AUTO & SERVICES, INC.,**

   Plaintiff,

v.                                                               No. 4:21-cv-0572-P

**ARCH INSURANCE COMPANY,**

   Defendant.

## FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rules of Civil Procedure 58(a). In accordance with the Court's Order granting the Parties' Agreed Motion to Dismiss with Prejudice (ECF No. 26),

It is **ORDERED, ADJUDGED,** and **DECREED** that:

1. This case is **DISMISSED with PREJUDICE.**
2. The taxable costs of court, as calculated by the clerk of the court, and attorneys' fees incurred by Plaintiff and Defendant in connection with such claims, shall be borne by the party incurring the same.

The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **29th day** of **October, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE